PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

Jun 22, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>YU ZHENG, et al,<br><br>  Defendants. | CASE NO. 2:22-CR-231-JAM<br><br>ORDER TO FILE REDACTED COPY OF INDICTMENT |

The government's motion to unseal the above-referenced case, keep the indictment and any reference to the other four defendants sealed, and file a redacted copy of the sealed indictment is GRANTED.

Dated: June 22, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE