ALLISON B. MARGOLIN, PLC
Allison B. Margolin, SBN 222360
418 S Swall Drive
Beverly Hills, CA 90211-3606
Tel: (619) 299-2326
Email: Allison@allisonmargolin.com

Attorneys for Defendant
YU ZHENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00231-JAM-2 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| YU ZHENG, | New Date: February 13, 2024 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Allison Margolin, attorney for Yu Zheng, Defendant, that the status conference currently scheduled for October 17, 2023 be continued to February 13, 2024, at 9:00 a.m., and that time be excluded under the Speedy Trial Act.

This continuance is requested to allow additional time for Defense counsel to discuss a proposed resolution with the Government, and for counsel to meet with Mr. Zheng to discuss resolution and review the law and the discovery. Defense investigation is ongoing. The parties agree that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4. The parties agree that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Zheng in a speedy trial.

Respectfully submitted,

Date: September 11, 2023

*/s/ Allison Margolin*
ALLISON MARGOLIN
Attorney for Defendant
YU ZHENG

Date: September 11, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the Status Conference of October 17, 2023 be **CONTINUED** to **February 13, 2024, at 9:00 a.m.** The Court adopts the stipulation of the parties and finds that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Zheng in a speedy trial.

Dated: September 14, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE