ALLISON B. MARGOLIN, PLC
Allison B. Margolin, SBN 222360
418 S Swall Drive
Beverly Hills, CA 90211-3606
Tel: (619) 299-2326
Email: Allison@allisonmargolin.com

Attorneys for Defendant
YU ZHENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>YU ZHENG,<br><br>    Defendant. | Case No.  2:22-cr-00231-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>New Date:  April 23, 2024<br>Time:  9:00 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Allison Margolin, attorney for Yu Zheng, Defendant, that the status conference currently scheduled for February 13, 2024 be continued to April 23, 2024 at 9:00 a.m., and that time be excluded under the Speedy Trial Act.

This continuance is requested to allow additional time for Defense counsel to discuss a proposed resolution with the Government, and for counsel to meet with Mr. Zheng to discuss resolution and review the law and the discovery.  Defense investigation is ongoing.  The parties agree that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4.  The parties agree that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Zheng in a speedy trial.

|     |     |     |
| --- | --- | --- |
| 1   |     | Respectfully submitted, |

Date: January 24, 20204            */s/ Allison Margolin*
                                   ALLISON MARGOLIN
                                   Attorney for Defendant
                                   YU ZHENG

Date: January 25, 2024             PHILLIP A. TALBERT
                                   United States Attorney

                                    */s/ Roger Yang*
                                   ROGER YANG
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

# **ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order. The Court orders the Status Conference of February 13, 2024, be **CONTINUED** to **April 23, 2024, at 9:00 a.m.** The Court adopts the stipulation of the parties and finds that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4.  The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Zheng in a speedy trial.

Dated: January 25, 2024          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE