ALLISON B. MARGOLIN, PLC
Allison B. Margolin, SBN 222360
418 S Swall Drive
Beverly Hills, CA 90211-3606
Tel: (619) 299-2326
Email: Allison@allisonmargolin.com

Attorneys for Defendant
YU ZHENG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00231-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| YU ZHENG, | New Date: August 20, 2024 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Allison Margolin, attorney for Yu Zheng, Defendant, that the status conference currently scheduled for April 23, 2024 be continued to August 20, 2024 at 9:00 a.m., and that time be excluded under the Speedy Trial Act.

This continuance is requested to allow additional time for Defense counsel to discuss a proposed resolution with the Government, and for counsel to meet with Mr. Zheng to discuss resolution and review the law and the discovery. Counsel recently received materials from the Butte County Sheriff's Office in response to a subpoena served on their office in this matter. The material counsel has received has been examined, and discussions with the Butte County Counsel concerning remaining undisclosed material, pertinent to the subpoena and to be produced. Defense investigation is ongoing. The parties agree that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section

3161(h)(7) and Local Code T4.  The parties agree that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Zheng in a speedy trial.

Respectfully submitted,

Date: April 16, 2024              /s/  Allison Margolin
                                          ALLISON MARGOLIN
                                          Attorney for Defendant
                                          YU ZHENG

Date: April 16, 2024              PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ Roger Yang
                                          ROGER YANG
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

# **ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order. The Court orders the Status Conference of April 23, 2024 be **CONTINUED** to **August 20, 2024, at 9:00 a.m.** The Court adopts the stipulation of the parties and finds that exclusion of time in this matter is necessary for defense counsel's preparation under Title 18, United States Code, section 3161(h)(7) and Local Code T4. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and Mr. Zheng in a speedy trial.

Dated: April 16, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE