MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for YONG KUAI ZHENG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>DE KUN ZHENG,<br>YU ZHENG, and<br>YONG KUAI ZHENG,<br>　　　　　Defendants. | ) No. 2:22-cr-00231-JAM<br>)<br>) **STIPULATION AND ORDER TO CONTINUE**<br>) **STATUS CONFERENCE**<br>)<br>) Requested date: 11-19-2024<br>) Time: 9:00 a.m.<br>) Judge: Hon. John A. Mendez<br>) |

It is hereby stipulated between the parties, Roger Yang, Assistant United States Attorneys, A.F.D. Hootan Baigmohammadi, attorney for defendant DE KUN ZHENG (1), Michael Long, attorney for defendant YONG KUAI ZHENG (4), and Allison Margolin, attorney for defendant YU ZHENG (2), that the status conference set for August 20, 2024, at 9:00 a.m. should be vacated and re-set for November 19, 2024, at 9:00 a.m., under the Local Code T-4 (to allow defense counsel time to prepare).

The parties agree and stipulate, and request the Court find the following:

a. A continuance is requested to continue to allow the Defense to continue to review the voluminous discovery (over one TB), conduct investigation, confer with clients and discuss with the government a potential resolution. All Counsel require additional time to prepare.

b. Counsel for the Defendants believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 20, 2024, to November 19, 2024, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: July 23, 2024                    Respectfully submitted,

                                        /s/ Michael D. Long_____
                                        MICHAEL D. LONG
                                        Attorney for YONG KUAI ZHENG

                                        /s/ Hootan Baigmohammadi_____
                                        HOOTAN BAIGMOHAMMADI
                                        Attorney for DE KUN ZHENG

                                        /s/ Allison Margolin_____
                                        ALLISON MARGOLIN

Attorney for YU ZHENG

///

///

Dated: July 23, 2024

PHIL TALBERT
United States Attorney

/s/ *Roger Yang*
ROGER YANG
Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED** that date for the status hearing in this matter is hereby re-set for November 19, 2024, at 9:00 a.m., before Senior District Judge John A. Mendez.

Time is excluded through the new hearing date of November 19, 2024.

Dated: July 23, 2024     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE