MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for YONG KUAI ZHENG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:22-cr-00231-JAM |
| Plaintiff, | ) |
| | ) **SEVENTH STIPULATION AND ORDER TO** |
| v. | ) **CONTINUE STATUS CONFERENCE** |
| | ) **AND EXCLUDE TIME** |
| DE KUN ZHENG, | ) |
| YU ZHENG, | ) Requested date: 8-19-2025 |
| DE MING ZHENG and | ) Time: 9:00 a.m. |
| YONG KUAI ZHENG, | ) Judge: Hon. John A. Mendez |
| Defendants. | ) |

It is hereby stipulated between the parties, Roger Yang, Assistant United States Attorneys, A.F.D. Hootan Baigmohammadi, attorney for defendant DE KUN ZHENG, Michael Long, attorney for defendant YONG KUAI ZHENG, Chris Cosca, attorney for DE MING ZHENG and Allison Margolin, attorney for defendant YU ZHENG, that the status conference set for June 17, 2025, at 9:00 a.m. should be vacated and re-set for August 19, 2025, at 9:00 a.m., under the Local Code T-4 (to allow defense counsel time to prepare).

The parties agree and stipulate, and request the Court find the following:

a. De Ming Zheng was arraigned on March 21, 2025, and his counsel, Chris Cosca, received the voluminous discovery, which is described below, shortly thereafter.

b. A continuance is requested to continue to allow the Defense to continue to review the voluminous discovery (over one TB – more than 50,000 pages), conduct investigation, confer with clients and discuss with the government a potential resolution. The discovery is

-1-

accompanied by a protective order which prevents defense counsel from giving the discovery to the clients. Reviewing discovery with the clients is a slow process because the clients require most communications to be translated or interpreted into the Chinese language. All Counsel require additional time to prepare.

b. Counsel for the Defendants believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 17, 2025, to August 19, 2025, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

　　　　Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

　　　　///

Dated:  June 2, 2025						Respectfully submitted,

								/s/ *Michael D. Long*
								MICHAEL D. LONG
								Attorney for YONG KUAI ZHENG

								/s/ *Hootan Baigmohammadi*
								HOOTAN BAIGMOHAMMADI
								Attorney for DE KUN ZHENG

								/s/ *Allison Margolin*
								ALLISON MARGOLIN
								Attorney for YU ZHENG

								/s/ *Chris Cosca*
								CHRIS COSCA
								Attorney for DE MING ZHENG


Dated:  June 2, 2025						MICHELE BECKWITH
								Acting United States Attorney

								/s/ *Roger Yang*
								ROGER YANG
								Assistant U.S. Attorney

# ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The date for the status hearing in this matter is hereby **RESET** for **August 19, 2025, at 9:00 a.m.**, before District Court Judge John A. Mendez.

Time is **EXCLUDED** through the new hearing date of August 19, 2025.

Dated: June 04, 2025                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE