```
1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 201-4188
   Mike.Long.Law@msn.com
4
5  Attorney for YONG KUAI ZHENG
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:22-231 JAM |
| Plaintiff, | ) |
|  | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO MODIFY THE PRE-TRIAL |
|  | ) RELEASE VIOLATION HEARING TO A |
|  | ) ZOOM HEARING AT 3:30pm ON 7-21-2025 |
| DE KUN ZHENG, | ) |
| YU ZHENG, | ) Requested date: 7-21-2025 |
| DE MING ZHENG and | ) Time: 3:30 p.m. (by Zoom) |
| YONG KUAI ZHENG, | ) Judge: Hon. Chi Soo Kim |
| Defendants. | ) |

It is hereby stipulated between the parties, Roger Yang, Assistant United States Attorney, and Michael Long, attorney for defendant YONG KUAI ZHENG, that the hearing for the alleged violation of YONG KUAI ZHENG's pre-trial release conditions, currently set for an in-person hearing on July 21, 2025, at 2:00 p.m., should be vacated and re-set as a "Zoom" hearing on July 21, 2025, at 3:30 p.m.  All parties will appear via the Zoom application.

Dated:  July 14, 2025                                    Respectfully submitted,

                                                         /s/ *Michael D. Long*_____
                                                         MICHAEL D. LONG
                                                         Attorney for YONG KUAI ZHENG

Dated:  July 14, 2025                                    MICHELE BECKWITH
                                                         Acting United States Attorney

                                                         /s/ *Roger Yang*_____
                                                         ROGER YANG
                                                         Assistant U.S. Attorney

-1-

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The hearing for the alleged violation of the pre-trial release conditions of YONG KUAI ZHENG, currently set for an in-person hearing on July 21, 2025, at 2:00 p.m., should be vacated and re-set as a "Zoom" hearing on July 21, 2025, at 3:30 p.m.

Dated: July 14, 2025

_____
CHI SOO KIM
United States Magistrate Judge