HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
De Kun Zheng

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ZHENG, ET. AL., <br><br> Defendants. | CASE NO. 2:22-cr-00231-JAM <br><br> **STIPULATION AND ORDER TO EXCLUDE TIME BETWEEN AUGUST 19, 2025, AND AUGUST 26, 2025** <br><br> DATE: AUGUST 26, 2025 <br> TIME: 9:00 A.M. <br> JUDGE: HON. JOHN A. MENDEZ |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Kimberly A. Sanchez, through Assistant United States Attorney Roger Yang, counsel for Plaintiff, Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant DE KUN ZHENG, Michael Long, attorney for defendant YONG KUAI ZHENG, Chris Cosca, attorney for DE MING ZHENG and Allison Margolin, attorney for defendant YU ZHENG, as follows.

1. On July 13, 2025, on the Court's own motion, the Status Conference was vacated and reset from August 19, 2025 to August 26, 2025. Dkt. 123.

2. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between August 19, 2025 and August 26, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

granted by the Court on its own motion, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendants in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 28, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for De Kun Zheng

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Yong Kuia Zheng

/s/ Allison Margolin
ALLISON MARGOLIN
Attorney for Yu Zheng

/s/ Chris Cosca
CHRIS COSCA
Attorney for De Ming Zheng

Date: July 28, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order. IT IS SO ORDERED.

Dated: July 28, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE