HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
De Kun Zheng

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DE KUN ZHENG, YU ZHENG, DE MING ZHENG, and YONG KUAI ZHENG, <br><br> Defendants. | Case No. 2:22-cr-00231-JAM <br><br> **EIGHTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date: October 7, 2025 <br> Time: 9:00 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Roger Yang, counsel for Plaintiff, Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant DE KUN ZHENG, Michael Long, attorney for defendant YONG KUAI ZHENG, Chris Cosca, attorney for DE MING ZHENG and Mark Joseph Reichel, attorney for defendant YU ZHENG, that the Status Conference currently set for October 7, 2025 at 9:00 be continued to January 6, 2026 at 9:00 a.m.

The parties specifically stipulate as follows:

1. Defendants are charged in an eleven-count indictment with marijuana grow and money laundering charges. Dkt. 35. One defendant remains at large.

2. Yu Zheng was arraigned in July 2023. Dkt. 15. De Kun Zheng was arraigned in May 2024. Dkt. 37. Yong Kuai Zheng was arraigned in June 2024. Dkt. 46. De Ming Zheng was arraigned in March 2025. Dkt. 106.

3. A Status Conference was set for September 9, 2025, and time was excluded through that date. Dkt. 147.

4. On September 8, 2025, the Court continued the Status Conference to October 7, 2025 due to defense counsel illness. Dkt. 148. It encouraged the parties to file a notice of exclusion of time. *Id*.

5. The defendants move for the Status Conference to be continued to January 6, 2026 at 9:00 a.m. The parties will be prepared to discuss trial setting at that date if the case is not ready to resolve.

6. All defendants move to continue the Status Conference because the discovery is significant. They need additional time to review it and investigate the case. To date, the government has produced nearly 50,000 pages, 28 audio/video files and 32 spreadsheets in discovery. De Kun Zheng and Yong Kuai Zheng were arraigned a little over a year ago. De Ming Zheng was arraigned six months ago.

7. Defendant Yu Zheng requests a continuance for the additional reason that he substituted defense counsel on August 8, 2025. His former defense counsel was not able to devote much time to the case due to a chronic health condition. Mr. Reichel is new to the case.

8. For the reasons above, the defendants believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9. The government does not object to the continuance request.

10. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between September 9, 2025 and January 6, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. §

3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 26, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for De Kun Zheng

*/s/ Michael D. Long*
MICHAEL D. LONG
Attorney for Yong Kuai Zheng

*/s/ Mark J. Reichel*
MARK J. REICHEL
Attorney for Yu Zheng

*/s/ Chris Cosca*
CHRIS COSCA
Attorney for De Ming Zheng

Date: September 26, 2025

ERIC GRANT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

Based on the stipulation of the parties, the October 07, 2025 status conference in this matter is hereby **VACATED** and **RESET** for a **status conference or setting of a trial date,** on **January 06, 2026, at 9:00 a.m.**, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through January 06, 2026, as described in the parties' Stipulation.
2025

IT IS SO ORDERED.

Dated: September 29, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE